```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
Social Security Administration | Law & Policy
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY ABBEY,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 3:25-cv-07756-TSH<br><br>STIPULATION AND [PROPOSED] ORDER TO LIFT STAY AND ESTABLISH DEADLINES |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that the stay granted on November 10, 2025 (EC No. 13) be lifted. The parties further propose the following case schedule:

    Defendant will file the certified administrative record on or before November 21, 2025. The parties will thereafter follow the briefing schedule as set forth in the Court's Procedural Order. ECF No. 5.

Respectfully submitted,

Dated:  November 17, 2025    /s/ Michelle J. Shvarts
MICHELLE J. SHVARTS
(*as authorized via email)
Attorney for Plaintiff

Dated:  November 17, 2025    CRAIG H. MISSAKIAN
United States Attorney

MATHEW W. PILE
Head of Program Litigation 1

By: s/ Erin Highland
ERIN HIGHLAND
Special Assistant United States Attorney
Program Litigation 1 | Law and Policy

Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  November 17, 2025    _____
THE HONORABLE THOMAS S. HIXSON
United States Magistrate Judge